QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RICARDO SIMENTAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-173 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| RICARDO SIMENTAL, | ) | Date: June 27, 2005 |
| | ) | Time: 9:30 A.M. |
| | ) | |
| | ) | Judge: Hon. Frank C. Damrell |
| Defendant. | ) | |

_____

It is hereby stipulated between the parties, Carolyn Delaney, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant RICARDO SIMENTAL as follows:

It is agreed that the current Status conference set for June 13, 2005, be vacated, and that a new Status Conference date of June 27, 2005 at 9:30 a.m. be set.  The Time is excluded pursuant to U.S.C. §3161(h)(8)(A).

///

///

1     This continuance is necessary for defense preparation to read
2 recently provided discovery and to conducting further investigation.

4 Dated: June 8, 2005

                                            Respectfully submitted,

                                            QUIN DENVIR
                                            Federal Defender

                                            __/s/LINDA HARTER_____
                                            LINDA HARTER
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RICARDO SIMENTAL

                                            MCGREGOR W. SCOTT
                                            United States Attorney

14 Dated: June 8, 2005                     /s/CAROLYN DELANEY_____
                                            CAROLYN DELANEY
                                            Assistant U.S. Attorney

17                                    **ORDER**

18     **IT IS SO ORDERED.**

19 DATED: June 9, 2005_

                                            /s/ Frank C. Damrell Jr.
                                            HONORABLE FRANK C. DAMRELL JR.
                                            District Court Judge

23 Stip and Proposed Order\Simental, Ricardo\Cr-S-05-173 FCD