STEVEN R. DAVIS SBN# 182231
1700 Standiford Avenue, Suite 105
Modesto, CA 95350
(209) 569-0496

Attorney for Defendant
RICARDO SIMENTAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> RICARDO SIMENTAL, ) <br> Defendant ) | No. CR-S 05-173 FCD <br> STIPULATION AND ORDER <br><br> Date: October 11, 2005 <br> Time: 9:30 A.M |

    It is hereby stipulated between the parties, Carolyn Delaney, Assistant United States Attorney, attorney for Plaintiff, and Steven Davis, attorney for RICARDO SIMENTAL, as follows:

    It is agreed that the current Motion to Dismiss Duplicitous Indictment is withdrawn, that the hearing on said motion is dropped, that the October 11, 2005 hearing date be vacated, and that a new Status Conference date of October 17, 2005 at 9:30 a.m. be set.

    This continuance is requested pursuant to local rule T-4, and is necessary for new defense counsel the opportunity to review discovery and prior pleadings filed on behalf of Defendant and to continue further investigation. The time is excluded pursuant to U.S.C. § 3161 (h)(8)(A).

///

Date: October 6, 2005

                                                Respectfully submitted,

/s/ STEVEN R. DAVIS
STEVEN R. DAVIS
Attorney for Defendant
RICARDO SIMENTAL

MCGREGOR W. SCOTT
United States Attorney

Dated: October 6, 2005    /s/ CAROLYN DELANEY
_____Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

DATED: October 11, 2005_____

/s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL
District Court Judge

simental 10-7-05.wpd

- 2 -