UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR S-05-0173 FCD |
| v. | |
| RICARDO SIMENTAL, | CASE REASSIGNMENT ORDER |
| Defendant. | |
| _____/ | |

Due to the unavailability of the undersigned, because of a criminal trial that is already in progress, I have ascertained whether the United States District Judge Edward J. Garcia is available to try the above captioned criminal case.  Judge Garcia has indicated he is willing to preside over this case.  For the stated reason, I request that this case be reassigned to Judge Garcia pursuant to Local Rule, Appendix A(f)(1).

DATED: February 16, 2006.

          /s/ Frank C. Damrell Jr.
          FRANK C. DAMRELL, Jr.
          United States District Judge

I accept this reassignment.  If the reassignment is approved by the Chief Judge, all documents thereafter filed shall be denominate CR S-05-0173 EJG.

A Status Conference is scheduled for Friday, February 24, 2006, at 10:00 a.m. in Courtroom 8.

DATED: February 16, 2006

/s/ Edward J. Garcia  
EDWARD J. GARCIA  
United States District Judge

The reassignment of this case to the Honorable Edward J. Garcia is approved.  The Clerk of the Court shall make the appropriate adjustments in the assignment of criminal cases to reflect this reassignment.

DATED: February 16, 2006.

/s/ David  F. Levi  
DAVID F. LEVI  
Chief United States District Judge