# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

**RE:** **Ricardo SIMENTAL**
**Docket Number: 2:05CR000173-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 26, 2006, to June 16, 2006, at 10:00 a.m. (See attached for amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Based on review of the informal objections filed by the government, the Offense Level Computations in the draft presentence report have changed, thus affecting the guideline range and the sentencing recommendation. It is necessary to give the defendant an opportunity to file objections based on these changes and, therefore, a continuance is being requested.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/ Wendy E. Reyes
United States Probation Officer

**REVIEWED BY:** /s/ Karen A. Meusling
Karen A. Meusling
Supervising United States Probation Officer

**FILED**
MAY 16 2006
CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Dated: May 15, 2006
Sacramento, California
WR:sa

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**  _____  5/15/06
            Senior United States District Judge    Date

___ **Disapproved**

Rev. 8/98
CONTJ&S.EJG