UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
        Plaintiff,  ) Case No. **CR S-05-173 EJG**
     v.  )
        ) RELEASE ORDER NO. _____
**Ricardo Sarmiento**  )
        Defendant.  ) ORDER FOR RELEASE OF
        ) PERSON IN CUSTODY

FILED
JUN 2 0 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Ricardo Sarmiento** _____, Case No. **CR S-05-173 EJG**,

Charge **18 USC 912** _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

____ Bail posted in the sum of $ _____

____ Unsecured Appearance Bond

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

**X** (Other) **Secured $100,000.00 bail to be Secured w/i 10 days**

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at **Sacramento, Cal** on **June 16, 2006** at **2:30** a.m./p.m.

By **/S/** _____
United States District Judge or
United States Magistrate
**EDWARD J. GARCIA**

Copy 2 - Pre Trial Services