DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO SIMENTAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-05-0173-EJG |
| Plaintiff, | |
| v. | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| RICARDO SIMENTAL, | |
| Defendant. | Judge: Hon. Edward J. Garcia |

On or about June 16, 2006, a $150,000 appearance bond, secured by a deed against the real property of Jorge H. Torres and Lourdes Torres, 2926 E. Anita Street, Stockton, California 95205, was ordered to be posted within 10 days on behalf of Ricardo Simental, Case No. CR-S-05-0173-EJG, based upon an indictment filed in this district. Mr. Simental was ordered released at that hearing and the bond was thereafter posted with the Court within the required period.

On August 11, 2006, Mr. Simental was sentenced to 15 months BOP followed by a 12 month term of supervised release. The BOP designated him to Terminal Island, 1299 Seaside Avenue, Terminal Island,

California, and he self-surrendered to that facility on or about October 5, 2006.  His projected release date is unknown at this time.

It is hereby requested that the $150,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust, received by the Clerk within the required period following the hearing on June 16, 2006.

Dated: October 10, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
RICARDO SIMENTAL

**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $150,000.00 posted by Jorge H. Torres and Lourdes Torres and secured by a Deed of Trust for their property located at 2926 E. Anita Street, Stockton, California 95205, is hereby exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust, received by the Clerk within the required period following the June 16, 2006 court appearance.

Dated: October 10, 2006

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge